ACCEPTED
04-15-00096-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/27/2015 11:31:18 AM
KEITH HOTTLE
CLERK

IN THE COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT

| | | | |
|---|---|---|---|
| ALS 88 DESIGN BUILD, LLC | § | | **FILED IN** |
| | § | | 4th COURT OF APPEALS |
| v. | § | No. 04-15-00096-CV | SAN ANTONIO, TEXAS |
| | § | | 4/27/2015 11:31:18 AM |
| MOAB CONSTRUCTION | § | | KEITH E. HOTTLE |
| | § | | Clerk |

## ADVISORY TO THE COURT

Now Comes, ALS 88 Design Build, LLC, and files this Advisory to the Court as follows:

Pursuant to this court's order of April 16, 2015, ALS 88 Design Build, LLC advises the court that on April 15, 2015 the trial court denied ALS 88 Design Build, LLC's Motion for Judgment NOV and granted MOAB Construction's Motion to Enter Judgment. Counsel for ALS 88 Design Build, LLC requested the court reporter transcript on April 27, 2015 and will request the clerk's record be supplemented with the Order denying ALS 88 Design Build, LLC's Motion to Dismiss signed on April 8, 2015 and the Trial Court's order entering Judgment for MOAB Construction signed on April 15, 2015.

Respectfully submitted this the 27th day of April, 2015.

**Regina Bacon Criswell**
*Attorney and Counselor at Law*
Carriage Place
7803 Bent Briar
San Antonio, Texas 78250
(210) 775-1155 (ofc)
(210) 251-2071 (fax)

By: /S/Regina Bacon Criswell
SBN: 01496580

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and forgoing was served in accordance with the Texas Rules of Appellate Procedure on the persons listed below in the manner indicated.

Tom Hall                                    Via e-file
*Attorney for MOAB Construction Company, Inc.*

/S/Regina Bacon Criswell
REGINA B. CRISWELL